# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Center Point Venture II LLC | 12/7/2022 | Wire | $ 130,326.65 |
| Akorn Operating Company, LLC | Center Point Venture II LLC | 1/9/2023 | Wire | $ 136,766.07 |
| Akorn Operating Company, LLC | Center Point Venture II LLC | 2/8/2023 | Wire | $ 136,766.07 |
| | | | | $ 403,858.79 |